# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANDRIAN MINER, </br>     Plaintiff, </br> </br> v. </br> </br> NATIONAL CREDIT ADJUSTERS, LLC, </br>     Defendant. | ) </br> ) </br> ) </br> ) Case No. 6:21-cv-22 </br> ) </br> ) </br> ) </br> ) </br> ) |

# FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **17th** day of **March, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE